UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT A. ALLEN,

                Plaintiff,

-against-

MARK ZUCKERBERG,

                Defendant.

21-CV-4699 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 1, 2021
         New York, New York

                                    /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                              Chief United States District Judge